# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2550

United States of America

Appellee

v.

Kendra Kingsbury

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cr-00101-SRB-1)

---

**ORDER**

IT IS ORDERED that the Federal Public Defender for the Western District of Missouri is hereby appointed to represent (or to continue to represent) the above named appellant in all matters pertaining to this action before this Court.

June 30, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans