# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: US vs. Kendra Kingsbury

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2550 **for the following party(s): (please specify)**

Kendra Kingsbury

[✓] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Rebecca Kurz       s/: Rebecca Kurz
Firm Name: Federal Public Defender Office
Business Address: 1000 Walnut, Suite 600
City/State/Zip: Kansas City, MO 64106
Telephone Number (Area Code): 816-471-8282
Email Address: bekcy_kurz@fd.org

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on 8/4/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[✓] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Kendra Kingsbury, # 46510-509
Lafayette County Jail
107 S. 11th Street
Lexington, MO 64067