IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | App. Case No. 23-2550 |
| | ) | WDMo |
| KENDRA KINGSBURY, | ) | |
| | ) | |
| Appellant. | ) | |

## MOTION FOR CONTINUANCE OF BRIEF DUE DATE

Appellant, Kendra Kingsbury, through counsel, Rebecca Kurz, moves the Court for a continuance up to and including September 1, 2023, in which to file her opening brief. In support of this request, Ms. Kingsbury states as follows:

1. Ms. Kingsbury's opening brief is currently due on August 4, 2023.

2. Counsel needs an extension of time to prepare the brief due to her responsibilities in other cases. On July 26, 2023, counsel filed the Appellant's Brief in *United States v. Honeyball*, No. 23-2154. Counsel prepared objections to a presentence investigation report due on July 28, 2023, in *United States v. Sales*, W.D. Mo. No. 4:22-CR-00200-BP-01. On July 31, 2023, counsel had a half-day team meeting regarding a case in which the government may potentially seek the death penalty, *United States v. Waterman*, W.D. Mo. No. 3:22-cr-05035-SRB-1. Counsel is preparing a motion to suppress and a motion to dismiss the indictment for filing on August 4, 2023, in *United States v. Miller*, W.D. Mo. No. 4:22-CR-

00080-BCW-1. That date cannot be further extended.

3. Counsel has not reviewed the record in this case and needs more time to research and draft a brief.

4. This is counsel's first request for an extension of the brief due date.

Ms. Kingsbury requests an extension of time up to and including September 1, 2023, to file the brief in this case.

Respectfully submitted,

/s/Rebecca Kurz
Rebecca Kurz
Appellate Chief
1000 Walnut, Suite 600
Kansas City, MO 64106
(816) 471-8282
Becky_Kurz@fd.org

# CERTIFICATE OF SERVICE

It is certified that on August 4, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Rebecca Kurz  
Rebecca Kurz

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 457 words. I further certify this motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(e) and the type style requirements of Fed. R. App. P. 27(d)(1)(e) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, version 16, Times New Roman Font Face in Font size 14. Trend Micro Apex One Security Agent, version 14, file system auto protection is enabled on all work stations to ensure all files are virus free.

s/ Rebecca Kurz  
Rebecca Kurz