# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2550

United States of America

Appellee

v.

Kendra Kingsbury

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cr-00101-SRB-1)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until September 1, 2023 to file the brief.

August 04, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans