# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States vs. Kendra Kingsbury

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-2550 **for the following party(s): (please specify)**

Kendra Kingsbury

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Daniel P. Goldberg    s/: Daniel P. Goldberg

Firm Name: Federal Public Defender Office

Business Address: 1000 Walnut, Suite 600

City/State/Zip: Kansas City, MO 64106

Telephone Number (Area Code): 816-471-8282

Email Address: dan_goldberg@fd.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 8/9/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Kendra Kingsbury, 46510-509
Oklahoma City FTC
PO Box 898801
Oklahoma City, OK 73189