**IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

UNITED STATES OF AMERICA,    )
    )
    Appellee,    )
    )
    v.    )    No. 23-2550
    )
KENDRA KINGSBURY,    )
    )
    Appellant.    )

**GOVERNMENT'S MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

The appellee, the United States of America, by its undersigned counsel, respectfully requests a three-week extension of time in which to file the appellee's brief.   The Government offers the following suggestions in support of this motion:

1.     Government's brief is currently due September 21, 2023.   The Government is requesting a three-week extension of time up to and including October 12, 2023.

2.     Undersigned counsel was tasked with writing the appellee's brief and requires additional time to adequately research the issues raised and prepare a response in this appeal.

3.     No previous extensions of time have been sought or granted in this case.

4.     Accordingly, the Government respectfully requests a three-week extension of time until October 12, 2023, within which to file its brief in this case.

-2-

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By      /s/ *Brian P. Casey*

BRIAN P. CASEY
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

*Attorneys for Appellee*

**CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 377 words. This motion was prepared using Microsoft Word for Office 365software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

 /s/ *Brian P. Casey*
Brian P. Casey
Assistant United States Attorney

Appellate Case: 23-2550    Page: 3    Date Filed: 09/20/2023 Entry ID: 5318189

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Daniel Goldberg
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri 64106

*Attorney for Appellant*


/s/ *Brian P. Casey*
Brian P. Casey
Assistant United States Attorney

-4-