# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2550

United States of America

Appellee

v.

Kendra Kingsbury

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cr-00101-SRB-1)

_____

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until October 12, 2023 to file the brief.

September 20, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans