IN THE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-2550 |
| | ) | |
| KENDRA KINGSBURY, | ) | |
| | ) | |
| Appellant. | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The appellee, the United States of America, by its undersigned counsel, respectfully requests a three-week extension of time in which to file the appellee's brief. The Government offers the following suggestions in support of this motion:

1. Government's brief is currently due October 12, 2023. The Government is requesting a three-week extension of time up to and including November 2, 2023.

2. Undersigned counsel was tasked with writing the appellee's brief and requires additional time to adequately research the issues raised and prepare a response in this appeal.

3. Undersigned is also currently preparing the appellee's brief in *United States v. Orr*, No. 23-2633, which is due October 26, 2023, and needs additional time to prepare the Government's brief in this case for that reason as well.

4. Accordingly, the Government respectfully requests a three-week extension of time until November 2, 2023, within which to file its brief in this case.

>Respectfully submitted,
>
>TERESA A. MOORE
>United States Attorney
>
>By   /s/ *Brian P. Casey*
>
>BRIAN P. CASEY
>Assistant United States Attorney
>
>Charles Evans Whittaker Courthouse
>400 East 9th Street, Room 5510
>Kansas City, Missouri   64106
>Telephone:   (816) 426-3122
>
>*Attorneys for Appellee*

-3-

# **CERTIFICATE OF COMPLIANCE**

  I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 402 words.  This motion was prepared using Microsoft Word for Office 365software.   In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365.   Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).

               /s/ *Brian P. Casey*
               Brian P. Casey
               Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

            Daniel Goldberg
            Assistant Federal Public Defender
            1000 Walnut, Suite 600
            Kansas City, Missouri 64106

            *Attorney for Appellant*

                                    /s/ *Brian P. Casey*
                                    Brian P. Casey
                                    Assistant United States Attorney