**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | No. 23-2550 |
| | ) | |
| KENDRA KINGSBURY, | ) | |
| | ) | |
| Appellant. | ) | |

**GOVERNMENT'S THIRD MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

The Government respectfully requests a one-week extension of time in which to file the appellee's brief. The Government offers the following suggestions in support of this motion:

1.    The Government's brief is currently due November 2, 2023. The Government is requesting a one-week extension of time, up to and including November 9, 2023.

2.    Responsibility for preparing the appellee's brief was reassigned to undersigned counsel last week. Counsel has made progress on preparing the brief but requires additional time to complete the draft and secure necessary review and approval prior to filing.

3.    The Government previously requested, and received, two extensions of time for filing the appellee's brief in this appeal.

4.    Accordingly, the Government respectfully requests a one-week extension of time, until November 9, 2023, within which to file its brief in this case.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By    /s/ *David Wagner*

DAVID WAGNER
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122

*Attorneys for Appellee*

-2-

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to Fed. R. App. P. 32(g), that this motion complies with the type-volume limitations in Fed. R. App. P. 27(d)(2)(A) and contains 381 words. This motion was prepared using Microsoft Word for Office 365software. In making this certification I have relied upon the word-count feature of Microsoft Word for Office 365. Furthermore, this motion has been determined to be virus-free in compliance with Eighth Circuit Rule 28A(h).


  /s/ *David Wagner*       
David Wagner
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. A copy will be served on participants in the case by the CM/ECF system or by U.S. Mail, postage prepaid.

Daniel Goldberg
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, Missouri   64106

*Attorney for Appellant*

 /s/ *David Wagner*
David Wagner
Assistant United States Attorney

Appellate Case: 23-2550    Page: 4    Date Filed: 10/31/2023 Entry ID: 5331213