# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) ) ) | |
| vs. | ) ) | Case No. 23-2550 |
| KENDRA KINGSBURY, | ) ) ) | |
| Appellant. | ) | |

## MOTION FOR CONTINUANCE OF REPLY BRIEF DUE DATE

Kendra Kingsbury moves the Court for a continuance up to and including November 22, 2023, in which to file her reply brief. In support of this request, Ms. Kingsbury states as follows:

1. Ms. Kingsbury's reply brief is currently due on November 13, 2023.

2. Counsel needs an extension of time to prepare the reply brief due to his responsibilities in other cases in this Court, and in other courts.

3. Counsel needs more time to research and draft a reply brief--this request is a 9-day extension request.

4. This is counsel's first request for an extension of the reply brief due date.

Thus, Ms. Kingsbury requests an extension of time up to and including November 22, 2023, to file the reply brief in this case.

1

Respectfully submitted,

s/ Daniel P. Goldberg
Daniel P. Goldberg
Assistant Federal Public Defender
1000 Walnut, Suite 600
Kansas City, MO 64106
(816) 471-8282
dan_goldberg@fd.org

## CERTIFICATE OF SERVICE

It is certified that on November 13, 2023, the foregoing was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

s/ Daniel P. Goldberg
Daniel P. Goldberg

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 365 words. I further certify this motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(e) and the type style requirements of Fed. R. App. P. 27(d)(1)(e) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365, version 16, Times New Roman Font Face in Font size 14. Trend Micro Apex One Security Agent, version 14, file system auto protection is enabled on all workstations to ensure all files are virus free.

s/ Daniel P. Goldberg
Daniel P. Goldberg