# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2550

United States of America

Appellee

v.

Kendra Kingsbury

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cr-00101-SRB-1)

---

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until November 22, 2023 to file the brief.

November 13, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans