# U.S. District Court
# Western District of Missouri (Kansas City)
# CRIMINAL DOCKET FOR CASE #: 4:21−cr−00101−SRB All Defendants
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Kingsbury | Date Filed: 05/18/2021 |
| | Date Terminated: 06/21/2023 |

Assigned to: District Judge Stephen R. Bough

**Defendant (1)**

**Kendra Kingsbury**　　　　　　　represented by **FPD**
*TERMINATED: 06/21/2023*

Federal Public Defender
818 Grand Boulevard
Suite 300
Kansas City, MO 64106
(816) 471−8282
Email: belinda_bye@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status:*

**William Ermine**
Federal Public Defender's Office – KCMO Walnut Street
1000 Walnut
Ste. 600
Kansas City, MO 64106
816−471−8282
Email: marc_ermine@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| GATHERING, TRANSMITTING, OR LOSING DEFENSE INFORMATION (1) | The defendant pleaded guilty to Counts 1 and 2 on October 13, 2022. **IMPRISONMENT**: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **46 months as to each Counts 1 and 2; terms to run concurrently** |

| | |
|---|---|
| GATHERING, TRANSMITTING, OR LOSING DEFENSE INFORMATION (2) | for a total term of 46 months. Defendant shall be placed on location monitoring and GPS tracking until she self–surrenders.. **SUPERVISED RELEASE**: Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years as to each Counts 1 and 2; terms to run concurrently.**. STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE IMPOSED. **CRIMINAL MONETARY PENATIES**: MSA – $200. No fine or restitution.<br><br>The defendant pleaded guilty to Counts 1 and 2 on October 13, 2022. **IMPRISONMENT**: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **46 months as to each Counts 1 and 2; terms to run concurrently for a total term of 46 months. Defendant shall be placed on location monitoring and GPS tracking until she self–surrenders.**. **SUPERVISED RELEASE**: Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years as to each Counts 1 and 2; terms to run concurrently.**. STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE IMPOSED. **CRIMINAL MONETARY PENATIES**: MSA – $200. No fine or restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Patrick C Edwards**<br>United States Attorney's Office–KCMO<br>400 E 9th Street |

Suite 5510
Kansas City, MO 64106
816–426–4317
Fax: 816–426–4328
Email: patrick.edwards@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Active*

**David Raskin**
United States Attorney's Office–KCMO
400 E 9th Street
Suite 5510
Kansas City, MO 64106
816–426–4179
Email: david.raskin@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2021 | | ORDER as to Kendra Kingsbury. This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the Clerk shall seal the indictment, and it shall remain sealed pending further order of the Court. Signed by United States Magistrate Judge Lajuana M. Counts. This is a docket entry only. No document is attached. (Ellis, Lindsey) (Entered: 05/19/2021) |
| 05/18/2021 | 1 | INDICTMENT as to Kendra Kingsbury (1) count(s) 1–2. (Attachments: # 1 Criminal Cover Sheet) (Ellis, Lindsey) (Entered: 05/19/2021) |
| 05/18/2021 | 2 | ORDER REFERRING CASE to Magistrate Judge W. Brian Gaddy as to Kendra Kingsbury Signed on 5/18/2021 by District Judge Stephen R. Bough.(Ellis, Lindsey) (Entered: 05/19/2021) |
| 05/21/2021 | 3 | MOTION to unseal case by USA as to Kendra Kingsbury. Suggestions in opposition/response due by 6/4/2021 unless otherwise directed by the court. (Williams, Teresa) (Entered: 05/21/2021) |
| 05/21/2021 | 4 | ORDER to unseal case as to Kendra Kingsbury. Signed on 5/21/21 by Magistrate Judge W. Brian Gaddy. (Williams, Teresa) (Entered: 05/21/2021) |
| 05/21/2021 | | 3 MOTION to unseal case filed by USA granted, pursuant to Order to unseal case 4 . Signed on 5/21/21 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 05/21/2021) |
| 05/21/2021 | 5 | NOTICE OF ATTORNEY APPEARANCE David Raskin appearing for USA. (Attorney David Raskin added to party USA(pty:pla))(Raskin, David) (Entered: 05/21/2021) |
| 05/21/2021 | 6 | |

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. Initial Appearance and Arraignment set for 6/1/2021 at 10:00 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Signed on 5/21/21 by Magistrate Judge W. Brian Gaddy. (Williams, Teresa) (Entered: 05/21/2021) |
| 05/23/2021 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kendra Kingsbury. Signed on 5/23/21 by Magistrate Judge W. Brian Gaddy. (Williams, Teresa) (Entered: 05/23/2021) |
| 05/24/2021 | | Attorney update in case as to Kendra Kingsbury. Attorney William Ermine for Kendra Kingsbury added. (Murphy−Carr, Shauna) (Entered: 05/24/2021) |
| 05/24/2021 | 8 | RULE 5(C)(3) documents received as to Kendra Kingsbury (Attachments: # 1 Financial Affidavit)(Matthes Mitra, Renea) (Entered: 05/24/2021) |
| 05/27/2021 | 10 | BOND REPORT as to Kendra Kingsbury. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Augustine, Megan) (Entered: 05/27/2021) |
| 06/01/2021 | 11 | Minute Entry for proceedings held before Magistrate Judge W. Brian Gaddy: INITIAL APPEARANCE and ARRAIGNMENT as to Kendra Kingsbury (1) Count 1−2 held on 6/1/2021.<br><br>All parties present and ready for hearing. Defendant waives formal reading of the indictment. Government reviews charges and potential penalties of the indictment. Court reminds defendant of her rights. Defendant has been appointed counsel from the Federal Public Defender's office. Defendant affirms she will continue with appointed counsel. Defendant enters a plea of not guilty for each count against her.<br><br>Discussion concerning the discovery in the case and timeline of further production. Subject to certain restrictions regarding security clearance, this case will involve voluntary discovery, and parties request all reciprocal discovery they are entitled to under the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, applicable case law, and the United States Constitution.<br><br>This case is set on the July 12, 2021 joint criminal jury trial docket. Counsel for defendant orally requests a Motion for Continuance of Jury Trial to the March 21, 2022 joint criminal jury trial docket, advising that counsel needs sufficient time to obtain and review the evidence with the defendant and adequately prepare to represent the defendant in this matter. Government does not object. The Court orally grants the motion to continue the case to the March 21, 2022 joint criminal jury trial docket. A written order is forthcoming. A scheduling/status conference will be set for September 2021, specific time and date to be determined.<br><br>Court reviews and adopts the conditions of release previously set by the magistrate judge in the U.S. District Court of Kansas. Defendant remains on release subject to these conditions of release.<br><br>Counsel appearing for USA: Patrick Edwards/David Raskin. Counsel appearing for Defendant: Marc Ermine. Pretrial/Probation Officer: Angela Palmerton. Time in court: 10:00 am to 10:18 am. To order a transcript of this hearing, please contact Teresa Williams, 816−512−5774. This is a TEXT ONLY ENTRY. No document is attached. |

| | | |
|---|---|---|
| | | (Williams, Teresa) (Entered: 06/01/2021) |
| 06/01/2021 | 12 | NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. Scheduling Conference set for 9/27/2021 09:30 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Signed on 6/1/21 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 06/01/2021) |
| 06/01/2021 | 13 | ARRAIGNMENT, TRIAL SETTING AND DISCOVERY ORDER as to Kendra Kingsbury. Pretrial Conference as to Kendra Kingsbury is set for 3/3/2022 at 09:30 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Accelerated Jury Trial as to Kendra Kingsbury set for 3/21/2022 at 09:00 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. Signed on June 1, 2021 by Magistrate Judge W. Brian Gaddy. (Kanoy, Sarah) (Entered: 06/01/2021) |
| 09/22/2021 | 14 | AMENDED NOTICE OF HEARING as to Kendra Kingsbury. **Amended as to type of hearing and format.** This is the official notice for this hearing. Status Conference for attorneys set for 9/27/2021 09:30 AM via Video Teleconference before Magistrate Judge W. Brian Gaddy. Zoom invites will be emailed to parties. Status Conference to be held in place of Scheduling Conference previously set for same date and time. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 09/22/2021) |
| 09/27/2021 | 15 | Minute Entry for proceedings held before Magistrate Judge W. Brian Gaddy: STATUS CONFERENCE as to Kendra Kingsbury held on 9/27/2021, Attorneys for the Government and Counsel for the Defendant present and ready for hearing, via videoconference. All parties consent to hearing via videoconference. Defense Counsel consents to hearing without Defendant. Discussions held regarding status of security clearances and the production of unclassified discovery. Court requests the parties communicate in advance any unique litigation issues related to future hearings. Status Conference set for 12/14/2021 09:30 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Counsel appearing for USA: Patrick Edwards/David Raskin. Counsel appearing for Defendant: Marc Ermine. Time in court: 9:28 am to 9:39 am. To order a transcript of this hearing please contact Teresa Williams, 816−512−5774. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 09/27/2021) |
| 12/13/2021 | 16 | AMENDED NOTICE OF HEARING as to Kendra Kingsbury. **Amended as to date and time.** This is the official notice for this hearing. Status Conference re−scheduled for 1/6/2022 09:45 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 12/13/2021) |
| 12/14/2021 | 17 | MOTION for protective order by USA as to Kendra Kingsbury. Suggestions in opposition/response due by 12/28/2021 unless otherwise directed by the court. (Raskin, David) (Entered: 12/14/2021) |
| 12/21/2021 | 18 | ORDER granting 17 motion for protective order and entering protective order as to Kendra Kingsbury (1). Signed on 12/21/21 by Magistrate Judge W. Brian Gaddy. |

| | | (Kitsmiller, Julia) (Entered: 12/21/2021) |
|---|---|---|
| 12/27/2021 | 19 | AMENDED NOTICE OF HEARING as to Kendra Kingsbury. **Amended as to time and videoconference format.**This is the official notice for this hearing. Status Conference set for 1/6/2022 03:15 PM via Video Teleconference before Magistrate Judge W. Brian Gaddy. (Zoom invites will be sent to all parties.) This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 12/27/2021) |
| 01/06/2022 | 20 | Minute Entry for proceedings held before Magistrate Judge W. Brian Gaddy: STATUS CONFERENCE as to Kendra Kingsbury held on 1/6/2022.<br><br>Attorneys for the Government and Counsel for the Defendant present and ready for hearing, via videoconference. Defendant waives her appearance. All parties consent to hearing via videoconference; all parties consent to hearing without Defendant. Defense Counsel informs Court that the defense team has preliminary approval as to security clearance. Parties report that a meeting for initial review of documents is planned for late January.<br><br>A status conference via videoconference will be set. However, if the parties file a motion to continue the trial setting, based on review of the initial documents, the status conference may no longer be necessary.<br><br>**Status Conference set for 2/24/2022 02:00 PM via Video Teleconference before Magistrate Judge W. Brian Gaddy,**<br><br>Counsel appearing for USA: Patrick Edwards/David Raskin. Counsel appearing for Defendant: Marc Ermine. Time in court: 3:20 p.m. to 3:30 p.m.. To order a transcript of this hearing please contact Teresa Williams, 816–512–5774. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 01/06/2022) |
| 02/22/2022 | 21 | MOTION to continue *jury trial setting and pretrial motions* by Kendra Kingsbury. Suggestions in opposition/response due by 3/8/2022 unless otherwise directed by the court. (Ermine, William) (Entered: 02/22/2022) |
| 02/22/2022 | 22 | ORDER granting motion to continue 21 as to Kendra Kingsbury (1). Accelerated Jury Trial as to Kendra Kingsbury set for 10/31/2022 at 09:00 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. Pretrial Conference as to Kendra Kingsbury is set for 10/13/2022 at 09:30 AM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. A status conference is set for April 15, 2022 at 1:30 PM in Courtroom 6D before Magistrate Judge W. Brian Gaddy. Signed on February 22, 2022 by Magistrate Judge W. Brian Gaddy. (Kanoy, Sarah) (Entered: 02/22/2022) |
| 02/22/2022 | 23 | NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. The Status Conference scheduled for February 24, 2022 at 2:00 p.m. is hereby CONTINUED to April 15, 2022 at 01:30 PM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Signed on February 22, 2022 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Kanoy, Sarah) (Entered: 02/22/2022) |
| 04/13/2022 | 24 | AMENDED NOTICE OF HEARING as to Kendra Kingsbury. **Amended as to date and time.** This is the official notice for this hearing. Status Conference set for 6/10/2022 02:30 PM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Signed on 4/13/22 by Magistrate Judge W. Brian Gaddy. This is a TEXT |

| | | |
|---|---|---|
| | | ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 04/13/2022) |
| 06/07/2022 | 25 | AMENDED NOTICE OF HEARING as to Kendra Kingsbury. **Amended as to date and time.** This is the official notice for this hearing. The status Conference scheduled for June 10, 2022, is CONTINUED to August 2, 2022, at 1:30 PM in Courtroom 6D, Kansas City before Magistrate Judge W. Brian Gaddy. Signed on 6/7/22 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Kitsmiller, Julia) (Entered: 06/07/2022) |
| 07/26/2022 | 26 | NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. Change of Plea Hearing set for 9/22/2022 at 10:00 AM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Richard, Tracey) (Entered: 07/26/2022) |
| 07/26/2022 | | NOTICE OF HEARING CANCELLATION as to Kendra Kingsbury. With the parties now set for a change of plea hearing, the status conference scheduled for August 2, 2022, at 1:30 PM is cancelled. Signed on 7/26/22 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Kitsmiller, Julia) (Entered: 07/26/2022) |
| 08/09/2022 | 27 | **AMENDED** NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. The Change of Plea Hearing previously set for 9/22/2022 is **RESET for 10/13/2022 at 11:30 AM** in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Richard, Tracey) (Entered: 08/09/2022) |
| 10/04/2022 | | NOTICE OF HEARING CANCELLATION as to Kendra Kingsbury. The Pretrial Conference scheduled for October 13, 2022, at 9:30 a.m. has been cancelled as the parties are set for a change of plea. If the change of plea does not occur, the parties are directed to notify Judge Gaddy's Chambers as soon as possible. Signed on 10/4/22 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Kitsmiller, Julia) (Entered: 10/04/2022) |
| 10/13/2022 | <u>29</u> | Minute Entry for proceedings held before District Judge Stephen R. Bough: CHANGE OF PLEA HEARING held on 10/13/2022. Plea entered as to Kendra Kingsbury (1) Guilty, Count 1–2. Time in court: 11:27 a.m. to 11:45 a.m. To order a transcript of this hearing please contact Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. (Richard, Tracey) (Entered: 10/13/2022) |
| 10/13/2022 | 30 | NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. Sentencing set for 3/16/2023 at 1:30 PM in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough.<br><br>SENTENCING MEMORANDUMS DUE TEN (10) DAYS BEFORE HEARING<br><br>Each party shall file a sentencing memorandum addressing the factors to be considered in imposing a sentence outlined in 18 U.S.C. § 3553(a)(2):(2) the need for the sentence imposed<br><br>(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;<br><br>(B) to afford adequate deterrence to criminal conduct; |

| | | |
|---|---|---|
| | | (C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

In its sentencing memorandum, each party may raise issues for the Court's consideration in addition to the preceding factors. Failure to timely file may result in the case being removed from the docket. Memos are limited to twelve (12) pages and one (1) memo per party unless a motion for leave to exceed is granted in advance. This is a TEXT ONLY ENTRY. No document is attached. (Richard, Tracey) (Entered: 10/13/2022) |
| 11/28/2022 | 31 | ELECTRONIC TRANSCRIPT as to Kendra Kingsbury of Change of Plea held October 13, 2022, before Judge Stephen R. Bough. Court Reporter: Gayle Wambolt, 816–512–5641, gayle_wambolt@mow.uscourts.gov. Number of pages: 17. NOTICE REGARDING REDACTION OF TRANSCRIPTS: If redaction is determined to be necessary, each party shall inform the Court, by filing a Notice of Intent to Redact within 7 calendar days of this filing, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The redaction policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully.

**If necessary, Notice of Intent to Redact is due by 12/5/2022 unless otherwise directed by the court. Notice of Items to be Redacted is due by 12/19/2022 unless otherwise directed by the court. Release of Transcript Restriction set for 2/27/2023. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**

(Wambolt, Gayle) (Entered: 11/28/2022) |
| 02/27/2023 | 32 | **AMENDED** NOTICE OF HEARING as to Kendra Kingsbury. This is the official notice for this hearing. The Sentencing hearing previously set for 3/16/2023 is **RESET for 6/21/2023 at 1:30 PM** in Courtroom 7B, Kansas City (SRB) before District Judge Stephen R. Bough.

SENTENCING MEMORANDUMS DUE TEN (10) DAYS BEFORE HEARING

Each party shall file a sentencing memorandum addressing the factors to be considered in imposing a sentence outlined in 18 U.S.C. § 3553(a)(2):(2) the need for the sentence imposed

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant; and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

In its sentencing memorandum, each party may raise issues for the Court's consideration in addition to the preceding factors. Failure to timely file may result in |

| | | |
|---|---|---|
| | | the case being removed from the docket. Memos are limited to twelve (12) pages and one (1) memo per party unless a motion for leave to exceed is granted in advance. This is a TEXT ONLY ENTRY. No document is attached. (Richard, Tracey) (Entered: 02/27/2023) |
| 03/02/2023 | 33 | MOTION for extension of time to file objections to Presentence Investigation Report by Kendra Kingsbury. Suggestions in opposition/response due by 3/16/2023 unless otherwise directed by the court. (Ermine, William) (Entered: 03/02/2023) |
| 03/02/2023 | 34 | Before this Court is Defendant Kendra Kingsbury's Motion for Extension of Time to File Objections to Presentence Investigation Report. (Doc. #33.) For good cause stated the motion is granted. Defendant shall submit their objections on or before April 7, 2023. Signed on 3/2/2023 by District Judge Stephen R. Bough. This is a TEXT ONLY ENTRY. No document is attached. (Richard, Tracey) (Entered: 03/02/2023) |
| 04/24/2023 | 35 | ARREST WARRANT RETURNED EXECUTED on 05/21/2021 as to Kendra Kingsbury. **Pursuant to the E−Government Act and Federal Rules of Criminal Procedure 49.1(a), access to this document is restricted to case participants and the court.** (Woods, Gloria) (Entered: 04/24/2023) |
| 04/24/2023 | 36 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Kendra Kingsbury. Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. (Attachments: # 1 Supplement Transmittal Letter) (Edson, Gina) (Entered: 04/24/2023) |
| 06/12/2023 | 38 | SENTENCING MEMORANDUM by USA as to Kendra Kingsbury (Edwards, Patrick) (Entered: 06/12/2023) |
| 06/12/2023 | 39 | SENTENCING MEMORANDUM by Kendra Kingsbury. (Ermine, William) (Entered: 06/12/2023) |
| 06/21/2023 | 40 | Minute Entry for proceedings held before District Judge Stephen R. Bough: SENTENCING held on 6/21/2023 as to Kendra Kingsbury (01). Time in court: 1:29 pm to 3:10 pm. To order a transcript of this hearing please contact Gayle Wambolt, 816−512−5641, gayle_wambolt@mow.uscourts.gov. (Houston, Kiambu) (Entered: 06/21/2023) |
| 06/21/2023 | 41 | JUDGMENT and COMMITMENT as to Kendra Kingsbury (1), Count(s) 1, The defendant pleaded guilty to Counts 1 and 2 on October 13, 2022. **IMPRISONMENT**: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **46 months as to each Counts 1 and 2; terms to run concurrently for a total term of 46 months. Defendant shall be placed on location monitoring and GPS tracking until she self−surrenders.**. **SUPERVISED RELEASE**: Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years as to each Counts 1 and 2; terms to run concurrently.**. STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE IMPOSED. **CRIMINAL MONETARY PENALTIES**: MSA − $200. No fine or restitution.; Count(s) 2, The defendant pleaded guilty to Counts 1 and 2 on October 13, 2022. **IMPRISONMENT**: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **46 months as to each Counts 1 and 2; terms to run concurrently for a total term of 46 months. Defendant shall be placed on location monitoring and GPS tracking until she self−surrenders.**. **SUPERVISED RELEASE**: Upon release from imprisonment, the defendant shall be on supervised release for a term of: **three (3) years as to each Counts 1 and 2; terms to run concurrently.**. STANDARD |

| | | |
|---|---|---|
| | | AND SPECIAL CONDITIONS OF SUPERVISED RELEASE IMPOSED. **CRIMINAL MONETARY PENATIES**: MSA – $200. No fine or restitution. Signed on 6/21/2023 by District Judge Stephen R. Bough.(Houston, Kiambu) (Entered: 06/21/2023) |
| 06/21/2023 | 42 | STATEMENT OF REASONS (Sealed) as to Kendra Kingsbury.<br><br>Per United States Judicial Conference policy, only authorized recipients shall be provided a copy of the Statement of Reasons absent express prior written authorization from this Court. Distribution is limited to the applicable defense counsel, the AUSA, the Financial Litigation Unit of the U.S. Attorney's Office, and Probation/Pretrial Services. Defense counsel are specifically prohibited from providing a copy of the Statement of Reasons to any defendant for any reason. Pro se defendants are also prohibited from obtaining a copy of the Statement of Reasons.<br><br>**NOTICE: Document is available to applicable parties only. Authorized users enter PACER login and password first for authentication. The case AUSA shall forward this document to the Financial Litigation Unit of the U.S. Attorney's Office.**<br><br>Signed on 6/21/2023 by District Judge Stephen R. Bough.(Houston, Kiambu) (Entered: 06/21/2023) |
| 06/21/2023 | 43 | DEFENDANT'S EXHIBIT INDEX as to Kendra Kingsbury. (Richard, Tracey) (Entered: 06/22/2023) |
| 06/29/2023 | 44 | NOTICE OF APPEAL by Kendra Kingsbury Filed in forma pauperis. **Filer certifies that transcripts have been or will be ordered.** (Ermine, William) (Entered: 06/29/2023) |
| 06/29/2023 | 45 | Transmission of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail as to Kendra Kingsbury to US Court of Appeals. Related Document 44 Notice of Appeal – Final Judgment. (Terry, Jason) (Entered: 06/29/2023) |

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

UNITED STATES OF AMERICA § **JUDGMENT IN A CRIMINAL CASE**
§
v. §
§ Case Number: **4:21-00101-01-CR-W-SRB**
§ USM Number: **46510-509**
**KENDRA KINGSBURY** §
§ <u>**William Ermine**</u>
§ Defendant's Attorney

**THE DEFENDANT:**

| ☒ | pleaded guilty to Counts 1 and 2 on October 13, 2022. |
| --- | --- |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. |
| ☐ | was found guilty on count(s) after a plea of not guilty |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- |
| 18 U.S.C. § 793(e) - Willful Retention of National Defense Information | 12/15/2017 | 1 |
| 18 U.S.C. § 793(e) - Willful Retention of National Defense Information | 12/15/2017 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**June 21, 2023**
Date of Imposition of Judgment

/s/ Stephen R. Bough
Signature of Judge

**STEPHEN R. BOUGH**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**June 21, 2023**
Date

DEFENDANT: KENDRA KINGSBURY
CASE NUMBER: 4:21-00101-01-CR-W-SRB

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**46 months** as to each Counts 1 and 2; terms to run concurrently for a total term of **46 months**. Defendant shall be placed on location monitoring and GPS tracking until she self-surrenders.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at ☐ a.m. ☐ p.m. on

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on July 21, 2023.
    ☐ as notified by the United States Marshal.
    ☒ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     KENDRA KINGSBURY  
CASE NUMBER:     4:21-00101-01-CR-W-SRB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **three (3) years as to each Counts 1 and 2; terms to run concurrently.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. X   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

     You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT:            KENDRA KINGSBURY
CASE NUMBER:          4:21-00101-01-CR-W-SRB

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____            Date _____

DEFENDANT: KENDRA KINGSBURY
CASE NUMBER: 4:21-00101-01-CR-W-SRB

# SPECIAL CONDITIONS OF SUPERVISION

a) The defendant shall successfully participate in any mental health counseling program, which shall include anger management as a component, as approved by the Probation Office, and pay any associated costs, as directed by the Probation Office.

b) The defendant shall submit her person and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premise may be subject to searches pursuant to this condition.

c) The defendant shall comply with the Western District of Missouri Offender Employment Guideline which may include participation in training, counseling, and/or daily job searching as directed by the probation officer. If not in compliance with the condition of supervision requiring full-time employment at a lawful occupation, the defendant may be required to perform up to 20 hours of community service per week until employed, as approved or directed by the probation officer.

# ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____     _____
Defendant                                   Date

_____     _____
United States Probation Officer             Date

DEFENDANT: KENDRA KINGSBURY
CASE NUMBER: 4:21-00101-01-CR-W-SRB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | AVAA Assessment* | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|---|
| **TOTALS** |  | $200.00 |  | $.00 | $.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on
or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒   Special instructions regarding the payment of criminal monetary penalties:

   **It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 1 and 2 , which shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                 Plaintiff,         )
                                    )   _____
vs.                                 )   District Court Docket No.
                                    )
_____,            )   _____
                                    )   District Court Judge
                 Defendant.         )

## NOTICE OF APPEAL

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the:

[ ] Judgment & Commitment    [ ] Order _____ (specify) entered in this action on

_____
Date

_____     _____
Signature of Defendant's Counsel    Typed Name of Counsel

_____     _____
Street Address                       Telephone Number

_____     _____
City, State ZIP                      Social Security Number
                                     (For all CJA compensation)

_____
Dated

## TRANSCRIPT ORDER FORM
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT*

[ ]   Please prepare transcript of:           [ ]   I am not ordering a transcript:
      [ ] Pretrial Proceedings                      Reason: [ ] Previously filed.
      [ ] Testimony or                                      [ ] Other _____
      [ ] Portions thereof
      [ ] Sentencing
      [ ] Post-trial proceedings
      [ ] Other _____

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)) Method of payment:
{ } Funds [ ] CJA Form 24, completed and attached.

Attorney's Signature _____     Date _____

*NOTE: Complete all items on reverse side

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: _____

_____

2. Date of Verdict: _____ Jury _____ Non-jury _____

   Offense: _____

_____

   Trial Testimony--Number of Days _____. Bail Status: _____

3. Sentence and Date Imposed: _____

_____

4. Date Trial Transcript Ordered by Counsel or District Court: _____

   Stenographer in Charge (Name, Address & Telephone Number): _____

_____

5. Trial Counsel was [ ] appointed [ ] retained.

   Does Defendant's financial status warrant appointment of counsel on appeal? _____

   Affidavit of financial status filed: _____

   Is there any reason why trial counsel should not be appointed as counsel on appeal? _____

_____

6. Assistant United States Attorney and FTS Number: _____

_____

\* \* \*

## COURT REPORTER ACKNOWLEDGMENT

_____    _____    _____
Date Order Received         Estimated Completion Date    Estimated No. of Pages


_____    _____
Court Reporter's Signature                  Date

Appellate Case: 23-2550   Page: 18   Date Filed: 06/30/2023 Entry ID: 5291662 9 2023   18

# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOTICE OF APPEAL SUPPLEMENT
# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: USA v. Kingsbury | Case No. 21-cr-00101-SRB |
|---|---|
| Appellant: **Kendra Kingsbury** | Appellee: **USA** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **William Ermine**<br>Federal Public Defender's Office - KCMO<br>Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816-471-8282<br>Email: marc_ermine@fd.org | **Patrick C Edwards**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816-426-4317<br>Email: patrick.edwards@usdoj.gov<br><br>**David Raskin**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816-426-4179<br>Email: david.raskin@usdoj.gov |
| Court Reporter(s):<br><br>Gayle Wambolt | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO 64106**<br><br>Contact Person for Appeal:<br>Jason_Terry@mow.uscourts.gov |

| Length of Trial:<br>N/A | Fee:<br>Waived | IFP:<br>Yes | Pending IFP Motion:<br>No |
|---|---|---|---|
| Counsel:<br>FPD | Pending Motions?<br>No | Local Interest?<br>No | Simultaneous Release?<br>No |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| **Defendant Incarcerated?**<br>No | **Where?** | **Multiple Defendants?**<br>No |
|---|---|---|

**Special Comments:** None